UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 14-023 |
| TORRANCE SCOTT | SECTION: "A"(5) |

## **O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Defendant/Movant's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the 28 U.S.C. §2255 motion to vacate, set aside, or correct sentence of Defendant/Movant, Torrance Scott, is denied.

New Orleans, Louisiana, this 5th day of October 2017.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE